Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

_____ Division

| | |
|---|---|
| JOHN DEREK GINSBERG <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> BRISTOL MYERS SQUIBB CO.; OTSUKA PHARMACEUTICAL, INC; OTSUKA AMERICA PHARMACEUTICAL, INC. <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✓ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

  **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | JOHN DEREK GINSBERG |
   | Street Address | 422 South Ave Apt 2 |
   | City and County | Whitman, Plymouth County |
   | State and Zip Code | Massachusetts, 02382-2044 |
   | Telephone Number | Cell 339-788-6584; Fax 781-314-8165 |
   | E-mail Address | john.d.ginsberg.pls@gmail.com |

  **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Bristol Myers Squibb Co.
- Job or Title *(if known)*: A Delaware Corporation
- Street Address: 345 Park Ave
- City and County: New York City.
- State and Zip Code: NY, 10154
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Otsuka Pharmaceutical Development and Commercialization, Inc
- Job or Title *(if known)*: A Delaware Corporation
- Street Address: 508 Carnegie Center
- City and County: Princeton
- State and Zip Code: NJ 08540
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name: Otsuka America Pharmaceutical, Inc.
- Job or Title *(if known)*: A Delaware Corporation
- Street Address: 2440 Research Blvd
- City and County: Rockville
- State and Zip Code: MD 20850
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* John Derek Ginsberg, is a citizen of the State of *(name)* Massachusetts.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* Bristol; Otsuka Pharm; Otsuka America, is incorporated under the laws of the State of *(name)* Delaware (All Three), and has its principal place of business in the State of *(name)* NY; NJ; MD.

Or is incorporated under the laws of *(foreign nation)* Respectively, and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendants' medication Abilify caused Plaintiff to experience impaired financial judgment, which caused plaintiff to lose substantial loss of money, assets, and property; medication has also caused Plaintiff to suffer permanent physical, mental, and emotional harm which has no possibility of being restored to full capacity and ability.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff experienced impairment of financial judgment and loss of impulse control, causing Plaintiff to compulsively engage in shopping and expend large amounts of money on consumer credit. Plaintiff suffered losses of real property, personal property, money, and other assets as a result of activities involving compulsive shopping, and other financial mishaps, because Plaintiff was prescribed Abilify, a medication that on 5 May 2016, was identified as causing impairment of financial judgment and impairment of impulse control. The identification was issued by FDA on that date, and defendants' have other litigation pending with Abilify as the identified culprit. Defendants' product was originally prescribed to Plaintiff in 2003. Plaintiff ceased using medication in Dec 2011.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks $7,000,000.00 (Seven Million Dollars) Compensation, No less than $750,000.00 (Seven Hundred Fifty Thousand Dollars) in punitive damages, and such other relief as the Court deems just from the Defendants.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 28 Aug 2017

Signature of Plaintiff

Printed Name of Plaintiff   JOHN DEREK GINSBERG

### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address